UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SULAIMAN TUNKARA, | ) |
|       Petitioner, | ) CASE NO. C05-2006MJP |
| v. | ) |
| BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, and ALBERTO GONZALES, | ) ORDER GRANTING TEMPORARY STAY OF REMOVAL |
|       Respondents. | ) |

Petitioner has filed, through counsel, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and a motion for immediate stay of removal. (Dkt. #1). Within the petition for writ of habeas corpus, Petitioner also requests an immediate stay of removal pending resolution of the writ of habeas corpus. Having reviewed the motion, and the balance of the record, the Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's request for immediate stay of removal and petition for writ of habeas corpus. The Court expresses no views at this time as to the merits of either Petitioner's motion or his underlying habeas petition.

(2) Respondents shall file a response to petitioner's motion for immediate stay of

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

removal within 10 days of the entry of this Order.

(3)  The Clerk shall direct a copy of this Order to counsel for Petitioner, and to the United States Attorney for the Western District of Washington.

DATED this 2nd day of December, 2005.

            __/s Ricardo S. Martinez__
            RICARDO S. MARTINEZ for
            MARSHA J. PECHMAN
            United States District Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2